HARVEY P. SACKETT

SACKETT AND ASSOCIATES
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA A. EVANS, | ) | No.: 5:12-cv-06259-LHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that plaintiff shall have a second extension of time up through and including Monday, August 12, 2013 in which to e-file her Motion for Summary Judgment.  All remaining deadlines will be extended accordingly.  This extension is necessitated by the number of cases (4) this firm presently has pending before this and other district courts that require briefing.

---

[1]   Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Commissioner Michael J. Astrue as Defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: July 3, 2013 | /s/<br>PAUL SACHELARI<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Attorney for the Defendant |
| Dated:  July 3, 2013 | /s/<br>HARVEY P. SACKETT<br>Attorney for Plaintiff<br>CYNTHIA A. EVANS |

IT IS SO ORDERED.

Dated: July 9, 2013

*Lucy H. Koh*

HON. LUCY H. KOH
United States District Judge

2